## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROD HUGHES and SHELLY HUGHES, | ) | |
| | ) | |
| Plaintiffs, | ) | 10-cv-03231-SEM-BGC |
| | ) | |
| vs. | ) | Judge Sue E. Myerscough |
| | ) | Magistrate Judge Byron G. Cudmore |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Rod Hughes and Shelly Hughes and Defendant NCO Financial Systems, Inc. hereby stipulate to the dismissal of Plaintiffs' claim against Defendant with prejudice with each party to bear its own costs and fees.

| | |
|---|---|
| **ROD HUGHES** <br> **SHELLY HUGHES** | **NCO FINANCIAL** <br> **SYSTEMS, INC.** |
| By: s/ Francis R. Greene <br> One of Their Attorneys | By: s/ James K. Schultz <br> One of Its Attorneys |
| Daniel A. Edelman <br> Francis R. Greene <br> EDELMAN, COMBS, LATTURNER & <br> GOODWIN, LLC <br> 120 South LaSalle Street, 18th Floor <br> Chicago IL 60603 <br> (312) 739-4200 <br> (312) 419-0379 (fax) | James K. Schultz <br> SESSIONS, FISMAN, NATHAN & <br> ISRAEL, LLC. <br> 55 W. Monroe St. <br> Suite 1120 <br> Chicago, IL 60603 <br> (312) 578-0990 <br> (312) 578-0991 (fax) |

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on May 17, 2011, I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause to be sent notification of such filing via electronic mail to the following parties:

James K. Schultz
jschultz@sessions-law.biz


                                                        s/Francis R. Greene
                                                        Francis R. Greene