UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ROD HUGHES and SHELLY HUGHES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 10-CV-3231 |
| NCO FINANCIAL SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

## OPINION

The parties have signed and submitted a Stipulation of Dismissal (d/e 11). In it, the parties agree to the dismissal of Plaintiffs' claims against Defendant with prejudice, with each party to bear its own costs and fees.

Therefore, Plaintiffs' claims against Defendant are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney's fees.

SO ORDERED. CASE CLOSED.

ENTERED:    May 18, 2011    FOR THE COURT:

        s/Sue E. Myerscough     
SUE E. MYERSCOUGH
UNITED STATE DISTRICT JUDGE